Haren S. GANDHI, John Vito Cavataio, Robert Henry Hammerle, and Yisun Cheng, Appellants,

v.

Brigitte BANDL–KONRAD, Andreas Hertzberg, Bernd Krutzsch, Arno Nolte, Markus Paule, Stefan Renfftlen, Norbert Waldbuesser, Michel Weibel, Guenter Wenninger, and Rolf Wunsch, Appellees.

No. 2014–1087.

United States Court of Appeals, Federal Circuit.

July 17, 2014.

E. Anthony Figg, Rothwell, Figg, Ernst & Manbeck, P.C., of Washington, DC, argued for appellants. With him on the brief was R. Danny Huntington.

Michael H. Jacobs, Crowell & Mornig LLP, of Washington, DC, argued for appellees.

PROST, Chief Judge, SCHALL and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**